UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO INDEMNITY COMPANY, GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY COMPANY,<br><br>Plaintiffs,<br><br>-against-<br><br>FRANK BELVERIO, D.C.,<br>PREMIER HEALTHCARE CENTER, LLC,<br>JEFFREY MASSARONE, D.C.,<br>ANGELA MINHAS, D.C.,<br>HARSHA PATEL, D.C.,<br>WINDY TUBALADO, P.T.,<br>OLAKUNLE AKINKUNLE, P.T.,<br>DANIEL ROIG, P.T., and<br>RALPH ROBERT BONOCORE,<br><br>Defendants. | Case No.: 2:19-cv-16664-SDW-LDW<br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. ("Plaintiffs"), and Defendants Frank Belverio, D.C. Premier Healthcare Center, LLC, Jeffrey Massarone, D.C., Angela Minhas, D.C., Harsha Patel, D.C., Windy Tubalado, P.T., Olakunle Akinkunle, P.T., Daniel Roig, P.T., and Ralph Robert Bonocore ("Defendants"), that all claims asserted by Plaintiffs against Defendants in this action are dismissed, without prejudice and without costs, pursuant to Fed. R. Civ. Proc. 41(a)(1).

| | |
|---|---|
| RIVKIN RADLER LLP | LAW OFFICE OF JEFFREY RANDOLPH, LLC |
| By: _s/ Gene Y. Kang_____<br>    Gene Y. Kang, Esq.<br>Court Plaza North<br>25 Main Street, Suite 501<br>Hackensack, New Jersey 07601<br>*Counsel for Plaintiffs* | By: _s/ Jeffrey Randolph_____<br>    Jeffrey Randolph, Esq.<br>139 Harristown Road, Suite 205<br>Glen Rock, NJ 07452<br>*Counsel for Defendants* |

15

**SO ORDERED.**
*s/Susan D. Wigenton*
Hon. Susan D. Wigenton
United States District Judge
Dated: July 2, 2020